# EXHIBIT A

# Individual Awards Report (Summary View)

**CAPT SPINELLI, SAMAR K.**
PRES RUC: **00175**
Current as of: **Feb 03, 2008**

BILLET DESC: **PRO AND BUDGET OER**
PRES COMPANY: **P**            PRES PLT: **S3OF**

| Code | Description | Qty | Image |
|------|-------------|-----|-------|
| NC | NAVY AND MARINE CORPS COMMENDATION MEDAL | 2 | |
| LA | LETTER OF APPRECIATION | 3 | |
| OS | NAVY AND MARINE CORPS OVERSEAS SERVICE RIBBON | 1 | |
| MT | MERITORIOUS MAST | 1 | |
| NU | NAVY UNIT COMMENDATION | 1 | |
| JC | JOINT SERVICE COMMENDATION MEDAL | 1 | |
| KD | KOREAN DEFENSE SERVICE MEDAL | 1 | |
| WT | GLOBAL WAR ON TERRORISM SERVICE MEDAL | 1 | |
| AA | ARMY ACHIEVEMENT MEDAL | 1 | |
| MU | NAVY MERITORIOUS UNIT COMMENDATION | 1 | |
| GC | MARINE CORPS GOOD CONDUCT MEDAL | 1 | |
| CI | IRAQ CAMPAIGN MEDAL | 2 | |
| CF | CERTIFICATE OF COMMENDATION (INDIVIDUAL AWARD) | 1 | |
| NN | NATIONAL DEFENSE SERVICE MEDAL | 2 | |
| SD | SEA SERVICE DEPLOYMENT RIBBON | 6 | |

Case 2:07-cr-20156-AC-MKM   ECF No. 26-2, PageID.178   Filed 05/01/08   Page 3 of 17





# THE UNITED STATES OF AMERICA

*TO ALL WHO SHALL SEE THESE PRESENTS, GREETINGS, THIS IS TO CERTIFY THAT*
*THE SECRETARY OF DEFENSE HAS AWARDED THE*

## IRAQ CAMPAIGN MEDAL

TO

## CAPTAIN SAMAR K. SPINELLI

*FOR SERVICE AND DEDICATION TO DUTY DURING COMBAT OPERATIONS IN IRAQ INVOLVING*
*HOSTILE FIRE AND IMMINIENT DANGER WHILE ASSIGNED TO THE MULTI-NATIONAL*
*SECURITY TRANSITION COMMAND-IRAQ*

TERRY L. MARCOTT
Command Sergeant Major, US Army
Civilian Police Assistance Training Team

KENNETH W. HUNZEKER
Major General, US Army
Civilian Police Assistance Training Team

Case 2:07-cr-20156-AC-MKM    ECF No. 26-2, PageID.179    Filed 05/01/08    Page 4 of 17



# United States Marine Corps

*Certificate of Commendation*

THE COMMANDING GENERAL
MARINE CORPS RECRUIT DEPOT/EASTERN RECRUITING REGION
PARRIS ISLAND, SOUTH CAROLINA

*takes pleasure in commending*

**SECOND LIEUTENANT SAMAR K. SPINELLI 364 08 4683/9901 USMCR**

*for*

EXCEPTIONALLY NOTEWORTHY PERFORMANCE OF HER DUTIES WHILE SERVING AT OFFICER SELECTION STATION ASHLAND, RECRUITING STATION RICHMOND, VIRGINIA, 4TH MARINE CORPS DISTRICT FROM 5 JANUARY 1998 TO 20 JUNE 1998. DURING THIS PERIOD, SECOND LIEUTENANT SPINELLI PERFORMED HER DUTIES IN AN EXEMPLARY MANNER. HER UNSWERVING AND TENACIOUS PURSUIT OF MISSION ACCOMPLISHMENT WERE READILY APPARENT IN ALL HER ENDEAVORS. WITHOUT THE BENEFIT OF FORMAL SCHOOL TRAINING, SHE PERFORMED HER CHALLENGING DUTIES MASTERFULLY. SHE WAS ALSO RESPONSIBLE FOR THE REORGANIZATION OF THE STATION'S ADVERTISING PLAN, RESULTING IN A MORE STREAMLINED AND COST EFFICIENT PROCESS. SECOND LIEUTENANT SPINELLI'S OUTSTANDING ABILITIES, INITIATIVE AND TOTAL DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HERSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS.

10 November 1998
*Date*

J. R. BATTAGLINI
Brigadier General, U. S. Marine Corps

NAVMC 10631 (REV. 8-89) SN: 0109-LF-064-0200



**UNITED STATES MARINE CORPS**
8TH MARINE REGT 2D MAR DIV
PSC BOX 20101
CAMP LEJEUNE NC 28542-0101

IN REPLY REFER TO:
1650
S-1
27 Jul 99

From:   Commanding Officer
To:     First Lieutenant Samar K. Spinelli ▉▉▉▉▉/▉▉ USMC

Subj:   LETTER OF APPRECIATION

1.   In appreciation of your outstanding performance in support of Cooperative Osprey 99, 14-17 June, 1999, you are hereby commended. You underwent two weeks of challenging training to master the MAGTF Warfare Simulation System. The feedback you generated by expert manipulation of the represented units made the staff training both realistic and believable and was critical to the success of the exercise. Your demonstrated competence and professional dedication during long hours of training and the intensive hours of the exercise has set an example for other Marines to emulate. Please accept my sincere appreciation for a job well done.

J. W. DAVIS

Case 2:07-cr-20156-AC-MKM   ECF No. 26-2, PageID.181   Filed 05/01/08   Page 6 of 17

# UNITED STATES MARINE CORPS



## *Certificate of Completion*

### COMMANDERS AND 1STSGTS EQUAL OPPORTUNITY WORKSHOP

CLASS 03-00

**THE COMMANDING GENERAL, 2D FORCE SERVICE SUPPORT GROUP**
**II MARINE EXPEDITIONARY FORCE, U. S. MARINE CORPS FORCES, ATLANTIC**

*takes pleasure in granting a Certificate of Completion*

*TO*

## 1stLt Samar K. Spinelli

United States Marine Corps

**17 NOV 2000**

Date

*R obert  C. Dickerson*

**R. C. DICKERSON,**
**Brigadier General, U. S. Marine Corps**
**Commanding General, 2d FSSG**

Case 2:07-cr-20156-AC-MKM   ECF No. 26-2, PageID.182   Filed 05/01/08   Page 7 of 17



# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS COMMENDATION MEDAL

### TO

FIRST LIEUTENANT SAMAR K. SPINELLI
UNITED STATES MARINE CORPS

### FOR

MERITORIOUS ACHIEVEMENT WHILE SERVING AS THE COMMANDING OFFICER, MOTOR TRANSPORT MAINTENANCE COMPANY, 2D MAINTENANCE BATTALION, 2D FORCE SERVICE SUPPORT GROUP, II MARINE EXPEDITIONARY FORCE, U. S. MARINE CORPS FORCES, ATLANTIC FROM JULY 2000 THROUGH JULY 2001. AS THE COMMANDING OFFICER, SHE EFFECTIVELY BALANCED HER RESPONSIBILITIES TO PROVIDE INTERMEDIATE MOTOR TRANSPORT MAINTENANCE SUPPORT AND TO TAKE CARE OF HER MARINES. SHE REDUCED THE AMOUNT OF EQUIPMENT IN FOR MAINTENANCE BY STREAMLINING HER MAINTENANCE OPERATIONS AND REDUCING REPAIR CYCLE TIME BY FORTY PERCENT FOR MISSION CRITICAL ITEMS. THROUGH HER EFFORTS, THE OWNING UNIT, AS WELL AS II MARINE EXPEDITIONARY FORCE'S OPERATIONAL READINESS AND CAPABILITY, WAS SIGNIFICANTLY ENHANCED. THE MARINES OF MOTOR TRANSPORT MAINTENANCE COMPANY COMPLETED ALL OF THE ANNUAL TRAINING REQUIREMENTS THEREBY ENHANCING THEIR COMPETITIVENESS FOR PROMOTION AND AFFORDING THEM THE OPPORTUNITY TO ATTEND PROFESSIONAL AND ADVANCED MILITARY OCCUPATIONAL SPECIALTY SCHOOLS. FIRST LIEUTENANT SPINELLI'S INITIATIVE AND SELFLESS DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HERSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 15TH DAY OF MAY 2001



R. C. Dickerson

FOR THE SECRETARY OF THE NAVY

R. C. DICKERSON
BRIGADIER GENERAL, U. S. MARINE CORPS
COMMANDING GENERAL, 2D FSSG

50/11 (REV. 7-99)
982-1800



# Certificate of Achievement

### This certifies that

## 1st Lt. S. K. Spinelli

### has successfully completed the

### FAMILY ADVOCACY PROGRAM SEMINAR

### on this 5th day of June 2001.

LtCol David J. Reintjes, USMC
Deputy AC/S, Marine Corps Community Services

LCDR Philip A. DeGeorgio, MSC, USN
Family Advocacy Program Manager

**MC CS**
**MARINE CORPS** Community Services Camp Lejeune
www.mcclejeune.com
1-800-451-MCCS

Case 2:07-cr-20156-AC-MKM ECF No. 26-2, PageID.183 Filed 05/01/08 Page 8 of 17



**UNITED STATES MARINE CORPS**
MARINE CORPS BASE
CAMP SMEDLEY D. BUTLER OKINAWA
UNIT 35001
FPO AP 96373-5001

IN REPLY REFER TO:
1650
7

5 JUN 2002

From: Commanding General, Marine Corps Base, Camp Smedley D. Butler
To: Captain Samar K. Spinelli ~~████████████~~ USMC

Subj: LETTER OF APPRECIATION

1. It gives me great pleasure to offer you my personal thanks and congratulations for the exceptional manner in which you performed during Courageous Channel 2002-2.

2. Your outstanding support of Courageous Channel 2002-2, from 8 through 10 March 2002, reflects the highest standards of the United States Marine Corps and your commitment to excellence. Thank you for the professionalism and dedication you exhibited.

T. R. LARSEN

Copy to:
File

Case 2:07-cr-20156-AC-MKM ECF No. 26-2, PageID.185 Filed 05/01/08 Page 10 of 17



# United States Marine Corps

## *Certificate of Commendation*

### COMMANDING GENERAL
### MARINE CORPS BASE, CAMP SMEDLEY D. BUTLER

*takes pleasure in commending*

### MOTOR TRANSPORTATION OFFICE
### MARINE CORPS BASE, CAMP BUTLER, OKINAWA, JAPAN

*for*

EXCEPTIONAL PERFORMANCE OF DUTY WHILE PERFORMING COLLECTIVELY AS THE MOTOR TRANSPORTATION OFFICE, MARINE CORPS BASE, CAMP SMEDLEY D. BUTLER, OKINAWA, JAPAN FROM MARCH 2002 TO DECEMBER 2002. THROUGHOUT THIS PERIOD, THE MOTOR TRANSPORTATION OFFICE PERFORMED THEIR DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. SPECIFICALLY THEY DISTINGUISHED THEMSELVES BY THEIR PARTICIPATION IN TRANSFORMING A BUS INTO A MOBILE COMMAND POST FOR THE PROVOST MARSHAL'S OFFICE. WHILE WORKING WITH LITTLE TO NO PROJECT BUDGET, THE MOTOR TRANSPORTATION OFFICE MADE SIGNIFICANT CONTRIBUTIONS TO THE MILITARY POLICE MOBILE COMMAND POST BY REMOVING THE OLD SEATS, CLEANING THE INTERIOR, UPGRADING THE ELECTRONICALLY SYSTEM, CONTRACTING A NEW EXTERIOR PAINT JOB, INSTALLING THE THERMAL CAMERA, AND ADDING EMERGENCY LIGHTS. THE MOTOR TRANSPORTATION OFFICE'S INITIATIVE, PERSEVERANCE AND TOTAL DEDICATION TO DUTY REFLECTED GREAT CREDIT UPON THEMSELVES AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

18 December 2002

*Date*

NAVMC 10631 (REV. 8-89) S/N0109-LF-064-0200

T. R. LARSEN
Brigadier General, U.S. Marine Corps
Commanding General
Marine Corps Base
Camp Smedley D. Butler, Okinawa, Japan



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL
### (GOLD STAR IN LIEU OF SECOND AWARD)

### TO

### CAPTAIN SAMAR K. SPINELLI
### UNITED STATES MARINE CORPS

### FOR

MERITORIOUS SERVICE WHILE SERVING AS GARRISON MOBILE EQUIPMENT OFFICER, G4 DIVISION, MARINE CORPS BASE, CAMP SMEDLEY D. BUTLER, OKINAWA, JAPAN FROM JULY 2002 TO JULY 2004. THROUGHOUT THIS PERIOD, CAPTAIN SPINELLI CONSISTENTLY PERFORMED HER DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. SUPERVISING A FLEET OF 1,400 VEHICLES AND OVER 200 EMPLOYEES, SHE SUPERBLY MANAGED THE DAY-TO-DAY VEHICLE SUPPORT TO III MARINE EXPEDITIONARY FORCE AND MARINE CORPS BASES JAPAN. SHE SPEARHEADED THE IMPLEMENTATION OF THE NUMBER ONE QUALITY OF LIFE INITIATIVE ON OKINAWA BY ESTABLISHING A WORLD CLASS MASS TRANSIT BUS SYSTEM BETWEEN ALL THE CAMPS. SHE SUCCESSFULLY COORDINATED WITH HEADQUARTERS MARINE CORPS TO INCREASE THE NUMBER OF AUTHORIZED BUSES FOR THE "GREEN LINE" AND SUBSEQUENTLY PROCURED SEVEN NEW BUSES. THIS "GREEN LINE" BUS SERVICE SUPPLANTED THE USE OF TACTICAL VEHICLES ON OKINAWA ROADWAYS AND PROMOTED EFFICIENCIES WAY BEYOND COMMAND EXPECTATIONS. CAPTAIN SPINELLI'S INITIATIVE, PERSEVERANCE AND STEADFAST DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HERSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.



GIVEN THIS    25TH    DAY OF    MAY    2004

FOR THE    SECRETARY OF THE NAVY
J. F. FLOCK
BRIGADIER GENERAL, U.S. MARINE CORPS
COMMANDING GENERAL
MARINE CORPS BASE
CAMP SMEDLEY D. BUTLER, OKINAWA, JAPAN

(V. 7-66)

Case 2:07-cr-20156-AC-MKM ECF No. 26-2, PageID.186 Filed 05/01/08 Page 11 of 17



# Joint Area Support Group - Central (Provisional)
## Multi National Force - Iraq
### US Embassy Baghdad

JASG-C-CH

17 November 2006

To Whom It May Concern:

Captain S. K. Spinelli, USMC works with various charitable organizations and with the JASG-C Chaplain to help distribute school supplies, clothing, and toys to Iraqi orphans and needy families. She is authorized to transport and distribute such items as needed.

*Cara L. Walters*

CARA L. WALTERS
1LT, USA
JASG-C, HHD
HHD Commander



REPLY TO
ATTENTION OF

**HEADQUARTERS**
Civilian Police Assistance Training Team
Adnan Palace, Baghdad Iraq
APO AE 09348

24 December 2006

Capt Spinelli is being recommended for the Military Outstanding Volunteer Service Medal for her contributions and support during "Adopt an Orphan" campaign as well as other related Chaplin and unit programs from 1 Aug 2006 -- 10 Jan 2007. During that time, Capt Spinelli volunteered her off duty, lunch, and free time to support various programs ran by the Chaplin as well as initiated the " Adopt a Child" campaign in support of Iraqi orphans across Baghdad. She single handedly reached back home and established a network with churches, schools, daycares, and co-workers across the United States and Japan to donate school supplies, clothes, toys, blankets, and winter items. She was able to link up with various similar programs with the Chaplin and some of the personnel from the Department of State, Iraqi officials, and Iraqi relief foundations and volunteered her time to receive, account for, repackage, link up, and distribute these items, a task extremely challenging in this unpredictable high threat area. She coordinated the receipt of packages with the mail rooms, the repackaging, the destruction of labels for security purposes, link up, transportation, and delivery of over 400 boxes, total of approx 2000 pounds of clothing, school supplies, and toys to the Iraqi orphans through several channels to include Bilad Al-Rafidain relief orphanage foundation which supports over 250 families with over 500 orphaned children. She consistently contributed her off time and lunch breaks to help move loads of boxes and bags to the foundation. She was very resourceful in helping coordinate link up with the foundation and the Orphanage as well as transportation to the locations.   Her suggestions and solutions in establishing pick-up points, packaging, and transportation were valuable to the smooth and efficient operation of these campaigns and truly saved other volunteers valuable time and effort. Her commitment to be part of this noble cause reflects great credit on himself and truly highlights her as an ambassador of good. Capt Spinelli consistently demonstrated total dedication to mission accomplishment. His initiative, drive, and commitment to this project were truly the driving force behind the success of these programs. Her support has touched the life of over 900 children that benefited from this campaign. Not only id her desire to help Orphan children in Iraq commendable, her ability to be able to mature this idea into a full blown successful campaign which materialized into unprecedented support from both donators and volunteers has truly been short of amazing. Her desire to volunteer her time and effort to not only this campaign but to other campaigns  and similar projects the Chaplin and other units were involved with is truly commendable and is deserving of the Military Outstanding Volunteer Service Medal. Please submit as appropriate through the Marine Corps award system.

Sincerely,

HOWARD C. CHILDRESS
COL, U.S. Army
SENIOR LOGISTICS ADVISOR



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO

CAPTAIN SAMAR K. SPINELLI
KOREA BATTLE SIMULATION CENTER

FOR MERITORIOUS ACHIEVEMENT WHILE ASSIGNED AS THE GENERAL OFFICER ESCORT FOR THE KOREA BATTLE SIMULATION CENTER. CAPTAIN SPINELLI'S PROFESSIONALISM AND DEDICATION TO DUTY CONTRIBUTED SIGNIFICANTLY TO THE UNIT'S MISSION. HER ACTIONS REFLECT GREAT CREDIT UPON HERSELF, THIS COMMAND, AND THE UNITED STATES MARINE CORPS.

FROM 1 JULY 2005 TO 31 JULY 2005

THIS 15TH DAY OF MAY 2006



PO# 135-03, 15 MAY 2006
HQ, US Army Troop Command-Korea S1

DAVID L. WARD
LTC, MI
Commanding

DA FORM 4980-18, NOV 97

**CIVILIAN POLICE ASSISTANCE TRAINING TEAM**
**BAGHDAD, IRAQ**
**APO AE 09348**

REPLY TO
ATTENTION OF

CPATT-MOITT                                                          4 November 2006

MEMORANDUM FOR Commanding General, MNSTC-I

SUBJECT:  Recommendation for Award of the Bronze Star Medal

1.  Under the provisions of 1348.33-M, 12 Sep 96, the following individual is recommended for the Bronze Star Medal:

  a.  Name, Service, SSN: Spinelli, Samar K.,  US Marines, ▮▮▮▮▮▮▮▮▮

  b.  Directorate, Unit: CPATT / MOITT

  c.  Rank/grade, Duty Title: CPT / O3, Advisor to the Iraqi Ministry of Interior Logistics Training Team

  d.  Period of Award: 13 July 2006 to 9 January 2007

  e.  Type of award: Service

  e.  Required presentation date: 25 December 2006

  f.  Previous Defense awards and inclusive dates: AAM-1, NMCM-2

  g.  There are no other awards pending for the dates described herein.

2.  Enclosed is a proposed citation and narrative for the service rendered.

Encl
1. Proposed Citation
2. Narrative
3. DA Form 638

HOLLAND, EDWARD E.
COL, USAF
Deputy Director

Case 2:07-cr-20155-AC-VMM ECF No. 26-2, PageID.191 Filed 05/01/08 Page 16 of 17



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE SECRETARY OF DEFENSE
HAS AUTHORIZED THE AWARD OF THE

## JOINT SERVICE COMMENDATION MEDAL

TO
CAPTAIN SAMAR K. SPINELLI
UNITED STATES MARINE CORPS
FOR
MERITORIOUS SERVICE
FOR THE ARMED FORCES OF THE UNITED STATES

GIVEN UNDER MY HAND THIS       9TH       DAY OF   JANUARY 2007

MULTI-NATIONAL SECURITY
TRANSITION COMMAND-IRAQ
COMMAND OR OFFICE

FOR THE SECRETARY OF DEFENSE
MARTIN E. DEMPSEY
LIEUTENANT GENERAL, U.S. ARMY
COMMANDING GENERAL

DD FORM 2413, MAY 1999



HEADQUARTERS, CIVILIAN POLICE ASSISTANCE TRAINING TEAM
PHOENIX BASE, BAGHDAD, IRAQ
APO AE 09348

REPLY TO
ATTENTION OF

CPATT-CG

6 March 2007

MEMORANDUM FOR Commanding General, Headquarters USCENTCOM

SUBJECT: By Name Request Case of Captain Samar Spinelli to the Multi National Security Transition Command – Iraq

1. This is a by name request for assignment to the Multi-National Security Transition Command – Iraq (MNSTC-I).

2. The following information is provided:

   a. Name: Capt Spinelli, Samar K. USMC

   b. SSN: ████████

   c. Billet: EJMAPS #58664 RTN#130786

   d. Tour length: 6 months

3. On a recently-completed deployment, Captain Spinelli worked with the Iraqi Ministry of Interior Logistics Director General and his staff. Captain Spinelli was well-received and respected by them. She is thoroughly familiar with the area of operations and possesses effective working knowledge with the Ministry's senior logistics personnel as well as the relevant systems. Captain Spinelli's Arabic fluency significantly contributed to the team's ability to achieve progress in the most underdeveloped functional area in the Ministry. Her assignment to the team will mitigate turbulence created by high levels of personnel turnover at the time of her assignment to the MNSTC-I team.

4. The point of contact for this request is LTC Zimmerman at DSN 318 852-7099, e-mail daniel.zimmerman@iraq.centcom.mil.

KENNETH W. HUNZEKER
Major General, US Army
Commanding