UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CRIMINAL NO. 07-20156

-vs-

HONORABLE AVERN COHN

D-1 NADA NADIM PROUTY,

Defendant.

/

**FILED**
**MAY 13 2008**
**CLERK'S OFFICE**
**U.S. DISTRICT COURT**
**EASTERN MICHIGAN**

## CONCURRENCE OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Based upon the factual allegations in the Rule 11 Plea Agreement relating to the stipulated request for a judicial order of removal to Lebanon and concurrent grant of withholding of removal to Lebanon in the above-captioned matter, I concur in the request by the United States Attorney for the Eastern District of Michigan that a judicial order of removal to Lebanon be entered against Nada Nadim Prouty, Alien Number A29 607 461, pursuant to Title 8, United States Code, Section 1228(c). I also concur in the request by the United States Attorney that United States District Judge Avern Cohn enter an order granting Nada Nadim Prouty withholding of removal to Lebanon pursuant to Title 8, United States Code, Section 1228(c).

Dated: **4/25/08**

_Julie Myers_
Julie L. Myers
Assistant Secretary
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security